Donald A. Robinson
Leda Dunn Wettre
Michael J. Gesualdo
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
(973) 690-5400

Mark Boland
Michael R. Dzwonczyk
Geoffrey C. Mason
Renita S. Rathinam
SUGHRUE MION PLLC
2100 Pennsylvania Ave., N.W.
Washington, D.C. 20037
(202) 293-7060

*Attorneys for Defendants*
*Wockhardt Limited and Wockhardt USA LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI AVENTIS U.S. LLC, AVENTISUB II INC. and CARDERM CAPITAL L.P.<br><br>Plaintiffs,<br>v.<br><br>WOCKHARDT LTD, WOCKHARDT USA LLC and WOCKHARDT USA INC.<br><br>Defendants. | 3:10-cv-01471-GEB-MCA<br><br>**CONSENT ORDER FOR ADMISSION *PRO HAC VICE* OF MARK BOLAND, ESQ., MICHAEL R. DZWONCZYK, ESQ., GEOFFREY C. MASON, ESQ. AND <u>RENITA S. RATHINAM, ESQ.</u>** |

THIS MATTER having been brought before the Court on the motion of Robinson, Wettre & Miller LLC, attorneys for defendants Wockhardt Limited and Wockhardt USA LLC (collectively "Wockhardt"), for an Order allowing Mark Boland, Esq., Michael R. Dzwonczyk,

Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. of the law firm Sughrue Mion PLLC to appear and participate *pro hac vice;* and the Court having considered the moving papers; and plaintiffs' counsel having consented to the relief sought hereby; and for good cause shown, pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS, this ___20___ day of ___July___, 2010,

**ORDERED** that Mark Boland, Esq., Michael R. Dzwonczyk, Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. members of the Bar of the District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney of the firm of Robinson, Wettre & Miller LLC, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Mark Boland, Esq., Michael R. Dzwonczyk, Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Mark Boland, Esq., Michael R. Dzwonczyk, Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. shall pay to the Clerk of the Court the admission fee due to this District; and it is further

**ORDERED** that Mark Boland, Esq., Michael R. Dzwonczyk, Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. shall be bound by the shall be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Mark Boland, Esq., Michael R. Dzwonczyk, Esq., Geoffrey C. Mason, Esq. and Renita S. Rathinam, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

*[signature]*
MADELINE COX ARLEO, U.S.M.J.